**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nolan R. Larry**
**Ashley N. Larry**
   Debtor(s)

Bankruptcy Case No.: 16–22712–GLT
Related to Docket No. 29
Chapter: 13
Docket No.: 30 – 29
Concil. Conf.: September 6, 2018 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 6, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **September 6, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 17, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22712-GLT
Nolan R. Larry                                                            Chapter 13
Ashley N. Larry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: ctak                 Page 1 of 2           Date Rcvd: May 17, 2018
                               Form ID: 213               Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db/jdb         +Nolan R. Larry,    Ashley N. Larry,    108 Jeanine Court,    Trafford, PA 15085-1229
cr             +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Attention: Barbara Rodgers,
                 Pittsburgh, PA 15212-5860
14302670        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14263200       +Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
14263201      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA, N.A.,    15000 Capital One Drive,
                 Richmond, VA 23238)
14287030        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14310220        Capital One NA,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14263202       +Capital One/Best Buy,    P.O. Box 30253,   Salt Lake City, UT 84130-0253
14263203       +Chase Card,   P.O. Box 15298,    Wilmington, DE 19850-5298
14263204       +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
14263207     ++++FNB CONS DISC CO,   4313 WALNUT ST STE 144,    MCKEESPORT PA  15132-6129
                (address filed with court: FNB Cons Disc Co,    4313 Walnut Street, Suite 29,
                 McKeesport, PA 15132)
14263206       +Fed Loan Serv,   P.O. Box 60610,    Harrisburg, PA 17106-0610
14263211       +Mariner Finance,   8211 Town Center Drive,    Nottingham, MD 21236-5904
14322962        U.S. Department of Education,    c/o Fedloan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14263214       +Westmoreland Federal Empl CU,    238 S. Pennsylvania Avenue,    Suite 112,
                 Greensburg, PA 15601-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:07:29
                 PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14301097       +E-mail/Text: bankruptcy@cavps.com May 18 2018 01:56:07      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14263205       +E-mail/PDF: creditonebknotifications@resurgent.com May 18 2018 02:01:08
                 Credit One Bank, N.A.,    P.O. Box 98875,   Las Vegas, NV 89193-8875
14263208       +E-mail/Text: bnckohlsnotices@becket-lee.com May 18 2018 01:55:16       Kohls/Capital One,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
14295990        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:00:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14309892        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:00:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14330453        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:00:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of ACL Consumer Loan Trust IV,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14741971        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:00:12
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC  29603-0587
14271568        E-mail/Text: camanagement@mtb.com May 18 2018 01:55:23      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 840,    Buffalo, NY 14240-0840
14263209       +E-mail/Text: bk@lendingclub.com May 18 2018 01:56:16      Lending Club Corp,
                 71 Stevenson Street,   Suite 300,    San Francisco, CA 94105-2985
14263210        E-mail/Text: camanagement@mtb.com May 18 2018 01:55:23      M&T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
14263212       +E-mail/PDF: cbp@onemainfinancial.com May 18 2018 02:01:56      One Main Financial,
                 P.O. Box 499,   Hanover, MD 21076-0499
14302094       +E-mail/PDF: cbp@onemainfinancial.com May 18 2018 02:01:54      Onemain Financial,
                 605 Munn Road,   FT Mill, SC 29715-8421
14401051        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:08:17
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14334305        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:01:59
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14263213       +E-mail/PDF: gecsedi@recoverycorp.com May 18 2018 02:00:57      Syncb/Jewelry Accents,
                 c/o P.O. Box 965036,   Orlando, FL 32896-0001
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Certificate of Notice    Page 5 of 5

```
District/off: 0315-2               User: ctak              Page 2 of 2                Date Rcvd: May 17, 2018
                                   Form ID: 213            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
```
          Brian J. Bleasdale    on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com
          Brian J. Bleasdale    on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com
          James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```