# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**RECEIVED**
**2018 SEP -7 A 8:39**
**CLERK**
**U.S. BANKRUPTCY COURT**
**PITTSBURGH**

### *Conciliation Conference:*

|   |   |
|---|---|
| Debtor: | NOLAN R. & ASHLEY N. LARRY |
| Case Number: | 16-22712-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 06, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#29 - Trustee's Certificate of Default to Dismiss
#32 - Response by Debtors
R / M #:   29 / 0

### *Appearances:*

Debtor: Beandale
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

COD (doc #29) resolved through order.

8/30/2018   4:03:18PM