# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-22712-GLT |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | Chapter 13 |
| | : | |
| Debtors | : | Docket No. 43 |
| | : | |
| | : | Related to Docket No. 42 |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | Hearing Date and Time: |
| | : | September 11, 2019 at 10:30 a.m. |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, W.D P.A. | : | |
| | : | |
| Respondent | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' MOTION TO APPROVE POST-PETITION SECURED FINANCING

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than September 3, 2019, i.e., 17 days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on September 11, 2019 at 10:30 a.m. before Gregory L. Taddonio, in Courtroom A, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be

entered and the hearing may not be held if you do not timely file and serve a written response.

Date:  August 14, 2019

                                            Attorney for Movant/Applicant:
                               By:   /s/ Brian J. Bleasdale, Esquire
                                            Brian J. Bleasdale, Esquire
                                            PA I.D. # 90576
                                            Bleasdale Law Office, PC
                                            Emerson Professional Building
                                            101 Emerson Avenue
                                            Aspinwall, PA 15215
                                            (412) 726-7713
                                            bleasdb@yahoo.com