**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 16-22712-GLT |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | Chapter 13 |
| | : | |
| Debtors | : | Docket No. 44 |
| _____ | : | |
| | : | Related to Docket Nos. 42-43 |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | Hearing Date and Time: |
| | : | September 11, 2019 at 10:30 a.m. |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, W.D P.A. | : | |
| | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION TO**
**APPROVE POST PETITION FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion filed on August 14, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the Notice of the Hearing, objections to the Motion were to be filed and served no later than September 3, 2019. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>September 4, 2019</u>

Respectfully submitted,
<u>/s/ Brian J. Bleasdale, Esquire</u>
Brian J. Bleasdale, Esquire
PA I.D. # 90576
Bleasdale Law Office, PC
Emerson Professional Building
101 Emerson Avenue
Pittsburgh, PA  15215
(412) 726-7713
bleasdb@yahoo.com
Attorney for Debtors