**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Nolan R. Larry and | : | Case No. 16-22712-GLT |
| Ashley N. Larry | : | Chapter 13 |
| | : | |
| Debtors | : | Docket No. 46 |
| _____ | : | |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, W.D P.A. | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, **Brian J. Bleasdale** of the Bleasdale Law Office, PC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Modified Default Order Granting Motion to Approve Financing on the parties at the addresses on the Creditor Address Matrix, assigned trustee and the US Trustee by first class mail*.


Executed on: September 10, 2019    By:    /s/ Brian J. Bleasdsale
                                          Brian J. Bleasdale
                                          BLEASDALE LAW OFFICE, PC
                                          Emerson Professional Building
                                          101 Emerson Avenue
                                          Aspinwall, PA 15215
                                          Tel: 412.726.7713
                                          Fax: 412.404.8958
                                          bbleasdale@bleasdalelaw.com

_____
*Parties served by the court electronically were not served by regular mail.