# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-22712-GLT |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | Chapter 13 |
| | : | |
| Debtors | : | Related to Docket No. 42 and 45 |
| _____ | : | |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, W.D P.A. | : | |
| | : | |
| Respondent | : | |

## AMENDED CONSENT ORDER OF COURT REGARDING POST-PETITION SECURED FINANCING

**AND NOW**, on this _____day of _____, 2019, upon consent of the Chapter 13 Trustee and the Debtors herein, it is hereby ORDERED, AJUDGED and DECREED that the September 5, 2019 Modified Order is Amended so that the Debtors, Nolan R. Larry and Ashley N. Larry, are AUTHORIZED to borrow for the purchase of a replacement vehicle, the principle amount not to exceed $20,000.00 and total amount financed not to exceed $22,000.00.  Debtors are to amend their Chapter 13 plan to apply the terms of the new loan, along with a Report of Vehicle Financing filed as a separate document on or before _____, 2019.

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee and the US Trustee and file a Certificate of Service with (3) business days.

| CONSENTED TO: | BY THE COURT: |
|---|---|
| /s/ Jana Pail | |
| Jana Pail | |
| | |
| /s/ Brian Bleasdale | _____ |
| Brian Bleasdale | Gregory L. Taddonio, |
| | United States Bankruptcy Judge |