**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/17/19 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | : |
| Nolan R. Larry and | : Case No. 16-22712-GLT |
| Ashley N. Larry | : |
| | : Chapter 13 |
| Debtors | : Related to Dkt. No. 50 and 45 |
| _____ | : |
| Nolan R. Larry and | : |
| Ashley N. Larry | : |
| Movants | : |
| v. | : |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, W.D P.A. | : |
| Respondent | : |

## AMENDED CONSENT ORDER OF COURT REGARDING POST-PETITION SECURED FINANCING

**AND NOW**, on this  17th  day of  October,  2019, upon consent of the Chapter 13 Trustee and the Debtors herein, it is hereby ORDERED, AJUDGED and DECREED that the September 5, 2019 Modified Order is Amended so that the Debtors, Nolan R. Larry and Ashley N. Larry, are AUTHORIZED to borrow for the purchase of a replacement vehicle, the principle amount not to exceed $20,000.00 and total amount financed not to exceed $22,000.00.  All aspects of the Court's October 3, 2019 Order of Court remain in effect.

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee and the US Trustee and file a Certificate of Service with (3) business days.

| CONSENTED TO: | BY THE COURT: |
|---|---|
| /s/ Jana Pail | |
| Jana Pail | |
| | |
| /s/ Brian Bleasdale | Gregory ⸺ Taddonio,   cgt |
| Brian Bleasdale | United States Bankruptcy Judge |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22712-GLT
Nolan R. Larry                                                        Chapter 13
Ashley N. Larry
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam           Page 1 of 1           Date Rcvd: Oct 17, 2019
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
db/jdb         +Nolan R. Larry,    Ashley N. Larry,    108 Jeanine Court,    Trafford, PA 15085-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
              Brian J. Bleasdale     on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com
              Brian J. Bleasdale     on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com
              James  Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland     on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9