# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-22712-GLT |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | Chapter 13 |
| | : | |
| Debtors | : | Docket No. 64 |
| _____ | : | |
| | : | |
| Nolan R. Larry and | : | |
| Ashley N. Larry | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

## **VEHICLE FINANCING REPORT**

**AND NOW**, come the Debtors, Nolan R. Larry and Ashley N. Larry, by and through her attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and files the within Vehicle Financing Report, and in support of aver as follows:

1. Debtors applied and were approved for financing and purchase of a 2017 GMC Terrain.

2. The Lender is Avid Acceptance LLC located at 6995 Union Park Center, Suite 450 Cottonwood Heights, UT 84047.

3. The vehicle was purchased for $17,990.00, with a payment of $467.80 per month, and a 16.755% interest rate and a total amount financed of $21,016.40.

4. Debtors filed an Amended Chapter 13 Plan on November 6, 2019 providing for the terms of the post-petition financing.

5. The terms of the financing agreement meet the standards of 11 U.S.C. § 1325(b).

                                                          Respectfully submitted,

Date:  November 7, 2019          Attorney for Debtors
                                                          /S/ Brian J. Bleasdale, Esq.
                                                          Brian J. Bleasdale, Esquire
                                                          PA I.D. # 90576
                                                          Bleasdale Law Office, PC
                                                          Emerson Professional Building
                                                          101 Emerson Avenue
                                                          Pittsburgh, PA  15215
                                                          (412) 726-7713
                                                          (412) 404-8958 Fax
                                                          bbleasdale@bleasdalelaw.com