FILED
3/17/20 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Nolan R. Larry and
Ashley N. Larry,

    Debtors.

Ashley N. Larry,

    Movant,

v.

Aetna Inc.
Payroll services, RWAK
151 Farmington Avenue
Hartford, CT 06156,

    Respondent.

Case No. 16-22712-GLT

Chapter 13

Related to Dkt. No. 72

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

Upon representation of the above-named Movant, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan:

IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    **Aetna Inc.**
    **Payroll services, RWAK**
    **151 Farmington Avenue**
    **Hartford, CT 06156**

shall deduct from said income the sum of Six-Hundred Sixty-Two Dollars Seventy-Five ($662.75) twice per month for a monthly total of One-Thousand Three-Hundred Twenty-Five Dollars Fifty Cents ($1,325.50). beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Movant's attorney, Brian J. Bleasdale, Esquire, Emerson Professional Building, 101 Emerson Avenue, Pittsburgh, PA 15215, (412) 726-7713, if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

DATE: March 17, 2020

BY: _____
Gregory L. Taddonio,          jah
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nolan R. Larry  
Ashley N. Larry  
    Debtors

Case No. 16-22712-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: dkam　　　Page 1 of 1　　　Date Rcvd: Mar 17, 2020  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.  
db/jdb　　　+Nolan R. Larry,　Ashley N. Larry,　108 Jeanine Court,　Trafford, PA 15085-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:  
      Brian J. Bleasdale　　on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com  
      Brian J. Bleasdale　　on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com  
      James Warmbrodt　　on behalf of Creditor　Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
      Joshua I. Goldman　　on behalf of Creditor　Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
      Matthew John McClelland　　on behalf of Creditor　Lakeview Loan Servicing, LLC  
      bkgroup@kmllawgroup.com  
      Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft　　on behalf of Creditor　Duquesne Light Company pashcroft@bernsteinlaw.com,  
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
      S. James Wallace　　on behalf of Creditor　Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
      Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9