**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/16/2021

IN RE:

NOLAN R. LARRY
ASHLEY N. LARRY
108 JEANINE COURT
TRAFFORD, PA  15085
XXX-XX-4614          Debtor(s)

XXX-XX-3311

Case No.16-22712 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/16/2021

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  M AND T BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FNB CONSUMER DISCOUNT CO**<br>4313 WALNUT ST UNIT 29<br>OLYMPIA SHOPPING CENTER<br>MCKEESPORT, PA  15132 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT PROV/PL*PD OFF | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 6801 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  0.00<br>COMMENT:  CL1GOV*1351/PL@M AND T*1355.88x(60+2)=LMT*BGN 8/16 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0229 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  2,726.19<br>COMMENT:  PRIOR PMTS PROPER/CONF*$7913.40/CL*PIF/CR-TOTLD/DKT | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 2048 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM:  3,352.64<br>COMMENT:  0093/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  3,865.99<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0473 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  2,138.34<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6743 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM:  905.54<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6519 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM:  2,421.05<br>COMMENT:  CITIBANK/BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7520 |

| Creditor | Trustee Claim Info | Credit Description |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8508 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 2,535.50<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6791 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 565.81<br>COMMENT: FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3345 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 12-2<br><br>CLAIM: 22,144.59<br>COMMENT: 0001/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3311 |
| **FNB CONSUMER DISCOUNT CO**<br>4313 WALNUT ST UNIT 29<br>OLYMPIA SHOPPING CENTER<br><br>MCKEESPORT, PA 15132 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7701 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 2,652.73<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9757 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 13-2<br><br>CLAIM: 12,997.16<br>COMMENT: ACL CONSUMER/WEBBANK*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 10,904.90<br>COMMENT: 2330/SCH*FR ONEMAIN-DOC 26*INSUFF POD*LOAN DTD 10/17/2014 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7673 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 780.03<br>COMMENT: 2234/SCH*SYNCHRONY/JEWELERY ACCENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2606 |
| **WESTMORELAND FEDERAL EMPLOYEES FCU\*\***<br>2900 SEMINARY DR BLDG G<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4196 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WESTMORELAND FEDERAL EMPLOYEES FCU**<br>2900 SEMINARY DR BLDG G<br>GREENSBURG, PA 15601 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4514 |
| **WESTMORELAND FEDERAL EMPLOYEES FCU**<br>2900 SEMINARY DR BLDG G<br>GREENSBURG, PA 15601 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4308 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,755.07<br>COMMENT: CL1GOV*3800/PL@M AND T*THRU 7/16 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0229 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AVID ACCEPTANCE LLC**<br>6995 UNION PARK CENTER STE 450<br>COTTONWOOD HEIGHTS, UT 84047 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*467.80x(22+2)=LMT*BGN 10-19/CNF OE | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0477 |