IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-22712-GLT |
| Nolan R. Larry | ) | Chapter 13 |
| Ashley N. Larry | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Nolan R. Larry | ) | |
| Ashley N. Larry | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a video conference hearing will be held on August 18, 2021 at 1:00 p.m. before Judge Gregory L. Taddonio.  All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing.  All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss

should file a written response on or before August 4, 2021.


7/15/21                              /s/ Ronda J. Winnecour
Date                                 Ronda J. Winnecour (PA I.D. #30399)
                                     Attorney and Chapter 13 Trustee
                                     U.S. Steel Tower – Suite 3250
                                     600 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 471-5566
                                     cmecf@chapter13trusteewdpa.com