**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　NOLAN R. LARRY<br>　ASHLEY N. LARRY<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>　NOLAN R. LARRY<br>　ASHLEY N. LARRY<br><br>　　　Respondents | FILED<br>8/16/21 10:36 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 16-22712GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 83 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 16th day of August 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Aetna
Attn: Payroll Manager
151 Farmington Ave
Hartford, CT 06156

is hereby ordered to immediately terminate the attachment of the wages of ASHLEY N. LARRY, social security number XXX-XX-3311. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ASHLEY N. LARRY.

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22712-GLT |
| Nolan R. Larry | Chapter 13 |
| Ashley N. Larry | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nolan R. Larry, Ashley N. Larry, 108 Jeanine Court, Trafford, PA 15085-1229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com |
| Joshua I. Goldman | on behalf of Creditor Lakeview Loan Servicing  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9