Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Nolan R. Larry** : | Case No. 16−22712−GLT |
| **Ashley N. Larry** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 91 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/8/21 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 91 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before November 10, 2021**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **December 8, 2021 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:             Case No. 16-22712-GLT

Nolan R. Larry          Chapter 13

Ashley N. Larry

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3

Date Rcvd: Sep 27, 2021      Form ID: 604      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nolan R. Larry, Ashley N. Larry, 108 Jeanine Court, Trafford, PA 15085-1229 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14302670 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263200 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14310220 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263207 | + | FNB Cons Disc Co, 4313 Walnut Street, Suite 29, McKeesport, PA 15132-6100 |
| 14263206 | + | Fed Loan Serv, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14263211 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14322962 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14263214 | + | Westmoreland Federal Empl CU, 238 S. Pennsylvania Avenue, Suite 112, Greensburg, PA 15601-3601 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:51 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15198189 | + | Email/Text: bankruptcy@avidac.com | Sep 27 2021 23:25:00 | Avid Acceptance, LLC, 6995 Union Park Center, Ste 450, Cottonwood Heights, UT 84047-6145 |
| 14263201 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:48 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 14287030 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14263202 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One/Best Buy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14301097 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2021 23:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14263204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:53 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14263205 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:25 | Credit One Bank, N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14263203 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:35 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14263208 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 14295990 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330453 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:43 | LVNV Funding, LLC its successors and assigns as, assignee of ACL Consumer Loan Trust IV, |

Case 16-22712-GLT    Doc 93    Filed 09/29/21    Entered 09/30/21 00:35:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 32 |

| Recip ID | Notice Type | Time | Name and Address |
|---|---|---|---|
| 14309892 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:29 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| | | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741971 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:54 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14271568 | Email/Text: camanagement@mtb.com | Sep 27 2021 23:24:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14263209 | + Email/Text: bk@lendingclub.com | Sep 27 2021 23:25:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14263210 | Email/Text: camanagement@mtb.com | Sep 27 2021 23:24:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14263212 | + Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:34 | One Main Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 14302094 | + Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:34 | Onemain Financial, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14401051 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14334305 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14263213 | + Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:47 | Syncb/Jewelry Accents, c/o P.O. Box 965036, Orlando, FL 32896-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 32 |

on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian J. Bleasdale
    on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com

Brian J. Bleasdale
    on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com

Joshua I. Goldman
    on behalf of Creditor Lakeview Loan Servicing  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10