**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NOLAN R. LARRY<br>ASHLEY N. LARRY<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:16-22712<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/22/2016 and confirmed on 9/16/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 116,077.91 |
| Less Refunds to Debtor | 4,094.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 111,983.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,250.00 | |
|    Trustee Fee | 5,500.38 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,750.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 0229 | 0.00 | 84,935.22 | 0.00 | 84,935.22 |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 0229 | 4,755.07 | 4,755.07 | 0.00 | 4,755.07 |
|   FNB CONSUMER DISCOUNT CO<br>    Acct: 6801 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MARINER FINANCE LLC<br>    Acct: 2048 | 2,726.19 | 2,726.19 | 525.12 | 3,251.31 |
| | | | | 92,941.60 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NOLAN R. LARRY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NOLAN R. LARRY<br>    Acct: | 4,094.33 | 4,094.33 | 0.00 | 0.00 |
|   BLEASDALE LAW OFFICE PC<br>    Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|   AVID ACCEPTANCE LLC<br>    Acct: 0477 | 0.00 | 10,291.60 | 0.00 | 10,291.60 |
| | | | | 10,291.60 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK<br>    Acct: 1003 | 3,352.64 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 0473 | 3,865.99 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 6743 | 2,138.34 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 6519 | 905.54 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL<br>    Acct: 7520 | 2,421.05 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

16-22712                                                                                                                                     Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8508 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,535.50 | 0.00 | 0.00 | 0.00 |
| Acct: 6791 | | | | |
|   LVNV FUNDING LLC | 565.81 | 0.00 | 0.00 | 0.00 |
| Acct: 3345 | | | | |
|   US DEPARTMENT OF EDUCATION | 22,144.59 | 0.00 | 0.00 | 0.00 |
| Acct: 3311 | | | | |
|   FNB CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7701 | | | | |
|   CAPITAL ONE NA** | 2,652.73 | 0.00 | 0.00 | 0.00 |
| Acct: 9757 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 12,997.16 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 10,904.90 | 0.00 | 0.00 | 0.00 |
| Acct: 7673 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 780.03 | 0.00 | 0.00 | 0.00 |
| Acct: 2606 | | | | |
|   WESTMORELAND FEDERAL EMPLOYEES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4196 | | | | |
|   WESTMORELAND FEDERAL EMPLOYEES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4514 | | | | |
|   WESTMORELAND FEDERAL EMPLOYEES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4308 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                                              103,233.20

  TOTAL CLAIMED
  PRIORITY                0.00
  SECURED             7,481.26
  UNSECURED         65,264.28

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    NOLAN R. LARRY
    ASHLEY N. LARRY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-22712

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 16-22712-GLT
Nolan R. Larry | Chapter 13
Ashley N. Larry
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 3
Date Rcvd: Sep 27, 2021     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nolan R. Larry, Ashley N. Larry, 108 Jeanine Court, Trafford, PA 15085-1229 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14302670 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263200 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14310220 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263207 | + | FNB Cons Disc Co, 4313 Walnut Street, Suite 29, McKeesport, PA 15132-6100 |
| 14263206 | + | Fed Loan Serv, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14263211 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14322962 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14263214 | + | Westmoreland Federal Empl CU, 238 S. Pennsylvania Avenue, Suite 112, Greensburg, PA 15601-3601 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:27 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15198189 | + | Email/Text: bankruptcy@avidac.com | Sep 27 2021 23:25:00 | Avid Acceptance, LLC, 6995 Union Park Center, Ste 450, Cottonwood Heights, UT 84047-6145 |
| 14263201 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 14287030 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14263202 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One/Best Buy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14301097 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2021 23:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14263204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:28 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14263205 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:50 | Credit One Bank, N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14263203 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14263208 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 14295990 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330453 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:29 | LVNV Funding, LLC its successors and assigns as, assignee of ACL Consumer Loan Trust IV, |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Address/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14309892 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:41 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741971 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14271568 | | Email/Text: camanagement@mtb.com | Sep 27 2021 23:24:00 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14263209 | + | Email/Text: bk@lendingclub.com | Sep 27 2021 23:25:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14263210 | | Email/Text: camanagement@mtb.com | Sep 27 2021 23:24:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14263212 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:34 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14302094 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:46 | One Main Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 14401051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | Onemain Financial, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14334305 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14263213 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | | | Syncb/Jewelry Accents, c/o P.O. Box 965036, Orlando, FL 32896-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 32 |

on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Brian J. Bleasdale
    on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com

Brian J. Bleasdale
    on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com

Joshua I. Goldman
    on behalf of Creditor Lakeview Loan Servicing LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10