| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Nolan R. Larry** | Social Security number or ITIN  **xxx−xx−4614** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ashley N. Larry** | Social Security number or ITIN  **xxx−xx−3311** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16−22712−GLT** | | |

# Order of Discharge                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Nolan R. Larry                                        Ashley N. Larry

  <u>11/15/21</u>                          **By the court:**   <u>Gregory L. Taddonio</u>
                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nolan R. Larry  
Ashley N. Larry  
    Debtors

Case No. 16-22712-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 3  
Date Rcvd: Nov 15, 2021     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nolan R. Larry, Ashley N. Larry, 108 Jeanine Court, Trafford, PA 15085-1229 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14263207 | + | FNB Cons Disc Co, 4313 Walnut Street, Suite 29, McKeesport, PA 15132-6100 |
| 14263206 | + | Fed Loan Serv, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14263211 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14322962 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14263214 | + | Westmoreland Federal Empl CU, 238 S. Pennsylvania Avenue, Suite 112, Greensburg, PA 15601-3601 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 16 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 16 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 16 2021 04:23:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14302670 | | EDI: BECKLEE.COM | Nov 16 2021 04:23:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263200 | + | EDI: AMEREXPR.COM | Nov 16 2021 04:23:00 | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15198189 | + | Email/Text: bankruptcy@avidac.com | Nov 15 2021 23:29:00 | Avid Acceptance, LLC, 6995 Union Park Center, Ste 450, Cottonwood Heights, UT 84047-6145 |
| 14263201 | | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 14287030 | | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14310220 | | EDI: BL-BECKET.COM | Nov 16 2021 04:23:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263202 | + | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One/Best Buy, P.O. Box 30253, Salt Lake |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | City, UT 84130-0253 |
| 14301097 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2021 23:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14263204 | + | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14263205 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 23:27:59 | Credit One Bank, N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14263203 | | EDI: JPMORGANCHASE | Nov 16 2021 04:23:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14263208 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 23:29:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 14295990 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:00 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330453 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:27:59 | LVNV Funding, LLC its successors and assigns as, assignee of ACL Consumer Loan Trust IV, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14309892 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741971 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:11 | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 14271568 | | Email/Text: camanagement@mtb.com | Nov 15 2021 23:29:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14263209 | + | Email/Text: bk@lendingclub.com | Nov 15 2021 23:29:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14263210 | | Email/Text: camanagement@mtb.com | Nov 15 2021 23:29:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14263212 | + | EDI: AGFINANCE.COM | Nov 16 2021 04:23:00 | One Main Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 14302094 | + | EDI: AGFINANCE.COM | Nov 16 2021 04:23:00 | Onemain Financial, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14401051 | | EDI: PRA.COM | Nov 16 2021 04:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14334305 | | EDI: PRA.COM | Nov 16 2021 04:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14263213 | + | EDI: RMSC.COM | Nov 16 2021 04:23:00 | Syncb/Jewelry Accents, c/o P.O. Box 965036, Orlando, FL 32896-0001 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 16-22712-GLT    Doc 98    Filed 11/17/21    Entered 11/18/21 00:29:27    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian J. Bleasdale
on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com

Brian J. Bleasdale
on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com

Joshua I. Goldman
on behalf of Creditor Lakeview Loan Servicing  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Matthew John McClelland
on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10