**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/21 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
NOLAN R. LARRY
ASHLEY N. LARRY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-22712

Chapter 13

Related to Dkt. No. 91

ORDER OF COURT

AND NOW, this 15th day of November 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO   jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nolan R. Larry  
Ashley N. Larry  
    Debtors

Case No. 16-22712-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 3  
Date Rcvd: Nov 15, 2021      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nolan R. Larry, Ashley N. Larry, 108 Jeanine Court, Trafford, PA 15085-1229 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14302670 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263200 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14310220 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14263207 | + | FNB Cons Disc Co, 4313 Walnut Street, Suite 29, McKeesport, PA 15132-6100 |
| 14263206 | + | Fed Loan Serv, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14263211 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14322962 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14263214 | + | Westmoreland Federal Empl CU, 238 S. Pennsylvania Avenue, Suite 112, Greensburg, PA 15601-3601 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:27:59 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15198189 | + | Email/Text: bankruptcy@avidac.com | Nov 15 2021 23:29:00 | Avid Acceptance, LLC, 6995 Union Park Center, Ste 450, Cottonwood Heights, UT 84047-6145 |
| 14263201 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:27:59 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 14287030 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14263202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:22 | Capital One/Best Buy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14301097 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2021 23:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14263204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:23 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14263205 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 23:27:59 | Credit One Bank, N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14263203 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 15 2021 23:28:21 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14263208 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 23:29:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 14295990 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:00 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14330453 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:11 | LVNV Funding, LLC its successors and assigns as, assignee of ACL Consumer Loan Trust IV, |

Case 16-22712-GLT    Doc 99    Filed 11/17/21    Entered 11/18/21 00:29:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14309892 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:00 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741971 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:23 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14271568 | | Email/Text: camanagement@mtb.com | Nov 15 2021 23:29:00 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14263209 | + | Email/Text: bk@lendingclub.com | Nov 15 2021 23:29:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14263210 | | Email/Text: camanagement@mtb.com | Nov 15 2021 23:29:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14263212 | + | Email/PDF: cbp@onemainfinancial.com | Nov 15 2021 23:28:10 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14302094 | + | Email/PDF: cbp@onemainfinancial.com | Nov 15 2021 23:28:22 | One Main Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 14401051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:27:59 | Onemain Financial, 605 Munn Road, FT Mill, SC 29715-8421 |
| 14334305 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14263213 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:28:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| | | | | Syncb/Jewelry Accents, c/o P.O. Box 965036, Orlando, FL 32896-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian J. Bleasdale
    on behalf of Joint Debtor Ashley N. Larry bleasdb@yahoo.com

Brian J. Bleasdale
    on behalf of Debtor Nolan R. Larry bleasdb@yahoo.com

Joshua I. Goldman
    on behalf of Creditor Lakeview Loan Servicing  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 10